UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,

Plaintiff,

                              **CASE NO.: 8:10-cv-00843-VMC-TGW**

      v.

CENTRAL CREDIT SERVICES, INC.,

Defendant.
_____/

## **JOINT STIPULATION FOR DISMISSAL**

The parties have reached a settlement. Defendant has offered to pay Plaintiff $2,001.00 plus reasonable attorney fees and costs as determined to be recoverable by this Court in settlement of Plaintiff's claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act. Plaintiff has accepted the offer. Accordingly, the parties stipulate to a Dismissal with prejudice, with the Court to reserve jurisdiction regarding Plaintiff's reasonable attorney fees and costs. If the parties are unable to resolve the matter of attorney fees and costs by agreement, Plaintiff shall file a motion in accordance with Local Rule.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Golden & Scaz, PLLC |
| Fort Lauderdale, Florida  33339 | 201 North Armenia Avenue |
| Telephone: 954-537-2000 | |
| Facsimile: 954-566-2235 | Tampa, FL 33609 |
| | Telephone: 813-251-5500 |
| | Facsimile: 813-251-3675 |

2

By: /s/ Donald A. Yarbrough  By: /s/ Dale T. Golden
Donald A. Yarbrough, Esq.  Dale T. Golden, Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,

Plaintiff,

**CASE NO.: 8:10-cv-00843-VMC-TGW**

v.

CENTRAL CREDIT SERVICES, INC.,

Defendant.

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 10, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                s/Donald A. Yarbrough
                                Donald A. Yarbrough, Esq.


**SERVICE LIST**

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF